■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID COLETTI, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Nicolai, J.), rendered December 10, 1987.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.